# Court of Appeals
# of the State of Georgia

ATLANTA,____August 18, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A1346. LAWRENCE MADISON v. THE STATE

Lawrence Madison seeks to appeal an order dismissing his motion to recuse the judge presiding in his case. However, we lack jurisdiction. An appeal from a motion to recuse may only be taken by application for interlocutory appeal. See *Murphy v. Murphy*, 322 Ga. App. 829, 830 (747 SE2d 21) (2013); *Ellis v. Stanford,* 256 Ga. App. 294*,* 295-96 (2) (568 SE2d 157) (2002). In order to appeal such an order, an applicant must comply with the interlocutory appeal procedure and obtain a certificate of immediate review. See OCGA § 5-6-34 (b). Because Madison failed to follow the required appellate procedure, this direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____* 08/18/2016 _____
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*